1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
   JIE QUAN,                                    )
13                                               )  No. C 06-7881 SC
                      Plaintiff,                 )
14                                               )
           v.                                    )
15                                               )  **STIPULATION TO DISMISS; AND**
   MICHAEL CHERTOFF, Secretary of the            )  [~~PROPOSED~~] **ORDER**
16 Department of Homeland Security;              )
   EMILIO T. GONZALEZ, Director,                 )
17 U.S. Citizenship and Immigration Services;    )
   CHRISTINA POULOS, Director,                   )
18 California Service Centr, U.S.C.I.S.;         )
   ROBERT S. MUELLER, Director of                )
19 Federal Bureau of Investigation,              )
                                                 )
20                    Defendants.                )
                                                 )
21 ─────────────────────────────────────────────

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24 the adjudication of Plaintiff's adjustment of status application (Form I-485).

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C06-7881 SC                                    1

1 | Dated: ~~June~~ July 2, 2007
2
3 Respectfully submitted,
4
SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

7 | Dated: ~~June~~ July 2, 2007

JUSTIN X. WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/5/07

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO]
[Stamp: IT IS SO ORDERED / Judge Samuel Conti]

United States District Judge